UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SCOTT PALMER HOLMES | : | |
| Debtor(s) | : | CASE NO. 5-18-01995 |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 41 |
| | : | |
| vs | : | |
| | : | |
| SCOTT PALMER HOLMES | : | MOTION TO DISMISS |
| Respondent(s) | : | |

## ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on April 29, 2021 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about April 7, 2021.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.