United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01995-MJC |
| Scott Palmer Holmes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 14, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

**Recip ID**  **Recipient Name and Address**
               DF AS-DGG-CL, GARNISHMENT OPERATIONS, PO BOX 998002, CLEVELAND, OH 44199-8002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com |

Michael Patrick Farrington
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

Thomas Song
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

Tullio DeLuca
 on behalf of Debtor 1 Scott Palmer Holmes tullio.deluca@verizon.net

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SCOTT PALMER HOLMES | |
| DEBTOR | CASE NO. 5-18-bk-01995-MJC |

*************************************************************************

| | |
|---|---|
| SCOTT PALMER HOLMES | |
| MOVANT | |
| VS. | |
| DFAS-DGG-CL and | |
| JACK N. ZAHAROPOULOS ESQ. | |
| RESPONDENTS | |

*************************************************************************

**ORDER**

*************************************************************************

Upon consideration of the above-named Debtor having filed a Motion to Terminate Wage Attachment, Dkt. # 65 ("Motion"), it is hereby

**ORDERED** and **DECREED** that said Motion is hereby **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated July 8, 2021 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 13, 2023