# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 16, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Scott Palmer Holmes**
             **Chapter 13 Bankruptcy**
             **Case No. 5:18-bk-01995**

Dear Sir/Madam:

    I have received returned mail for City of Scranton, c/o Northeast Revenue Svc a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 340 N. Washington Ave, Scranton, PA 18503-1582. The correct information is as follows:

        City of Scranton
        340 N Washington Ave
        Scranton, PA 18503

I served the Order of Discharge at the above address on April 28ᵗʰ, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/km