Fill in this information to identify the case:

Debtor 1: Scott Palmer Holmes

Debtor 2: (Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number: 18-01995 MJC

# Form 4100R

## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** FREEDOM MORTGAGE CORPORATION       **Court claim no. (if known):** 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 7926

**Property address:**
1616 Capouse Ave
Scranton, PA 18509

### Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                              (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:        + (b)   $ _____
c. **Total.** Add lines a and b.                                         (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*            Date    05/18/2023
Michael Farrington
18 May 2023, 10:32:25, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

| | |
|---|---|
| IN RE: Scott Palmer Holmes aka Scott P. Holmes, aka Scott Holmes<br>                      Debtor(s) | BK NO. 18-01995 MJC<br><br>Chapter 13 |
| FREEDOM MORTGAGE CORPORATION<br>                      Movant<br>    vs. | Related to Claim No. 4-1 |
| Scott Palmer Holmes aka Scott P. Holmes, aka Scott Holmes<br>                      Debtor(s) | |
| Jack N. Zaharopoulos,<br>                      Trustee | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 18, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Scott Palmer Holmes aka Scott P. Holmes, aka Scott Holmes
1616 Capouse Ave.
Scranton, PA 18509

Attorney for Debtor(s) (via ECF)
Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: May 18, 2023

                            */s/ Michael Farrington*
                            Michael Farrington, Esquire
                            Attorney I.D. 317240
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            215-627-1322
                            mfarrington@kmllawgroup.com